PARKE-BERNET GALLERIES, INC., Appellant, *v.* CRISTINA DE B. PATINO et al., Respondents.

Argued April 22, 1948; decided May 21, 1948.

*J. Arthur Leve* for appellant.

*J. Harlin O'Connell* and *Richard Heller* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN; Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.